**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO. 3:18-cv-552-GCM**

**MEDCHAT, LLC,**

           **Plaintiff,**

**v.**

**MEDCHAT DIAGNOSTICS, LLC,**

           **Defendant.**

**ORDER**

    **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Kathleen E. McCarthy,** filed March 8, 2019 (Doc. No. 10).

    Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

    In accordance with Local Rule 83.1(B), Ms. McCarthy is admitted to appear before this court *pro hac vice* on behalf of Defendant, MedChat Diagnostics, LLC.

    **IT IS SO ORDERED.**

Signed: March 12, 2019

Graham C. Mullen
United States District Judge